# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CATHOLIC MEDICAL MISSION BOARD**, derivatively on behalf of **REGIONS FINANCIAL CORPORATION**, | |
| Plaintiff, | |
| v. | Case No.: 2:08-cv-00485-RDP |
| **C. DOWD RITTER, et al.**, | |
| Defendants, | |
| -and- | |
| **REGIONS FINANCIAL CORPORATION**, | |
| Nominal Defendant. | |
| **WILLIAM TIRELLI STEPHENS**, derivatively on behalf of **REGIONS FINANCIAL CORPORATION**, | |
| Plaintiff, | |
| v. | Case No.: 2:08-cv-00550-SLB |
| **C. DOWD RITTER, et al.**, | |
| Defendants, | |
| -and- | |
| **REGIONS FINANCIAL CORPORATION** | |
| Nominal Defendant. | |

## ORDER

Before the court is Defendant Regions Financial Corporation's and Defendant C. Dowd Ritter's Motion to Consolidate Actions (Doc. # 30), filed on May 12, 2008. Plaintiff states that it does not oppose the motion to consolidate.

The court finds, consistent with the parties' agreement, that there are sufficient common questions of law and fact to justify consolidating the actions. Accordingly, the court **ORDERS** that the two above-styled actions are **CONSOLIDATED**.

The parties also have requested that the court set a briefing schedule for motions to dismiss that Defendants anticipate filing. The parties agree that Defendants will file their motions to dismiss by June 12, 2008 and that Plaintiffs will have thirty days to respond. Defendants request thirty days to file their reply briefs, but Plaintiffs request that the court give Defendants ten days to reply. Because the parties are unable to agree on a reply time, the court **ORDERS** that the motions and accompanying briefs be filed as follows:

(1)  Defendants' motions to dismiss **SHALL** be filed by **June 12, 2008**;

(2)  Plaintiffs' responsive submissions **SHALL** be filed within **thirty (30) days** of Defendants' filings; and

(3)  Defendants' reply submissions **SHALL** be filed within **fifteen (15) days**.[1]

---

[1] The court recognizes that these motions to dismiss may present complex issues that require extensive briefing. These deadlines reflect the court's desire to move the anticipated motions (and this case) toward a just and speedy resolution; however, it is impossible to predict how long it will take to fully brief issues that have not yet been raised. As a result, any party may request an extension of deadlines for good cause shown.

**DONE** and **ORDERED** this \_\_\_\_15th\_\_\_\_\_ day of May, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE